DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEICO GENERAL INSURANCE COMPANY,**
Petitioner,

v.

**THOMAS A. MOULTROP** and **PATRICIA GUY MOULTROP,**
Respondents.

No. 4D15-2772

[November 12, 2015]

Petition for Writ of Certiorari to the Fifteenth Judicial Circuit, Palm Beach County; Catherine M. Brunson, Judge; L.T. Case No. 05-2009-CA-42658-MB AO.

B. Richard Young, Adam A. Duke, Michel A. Morgan and Richard A. Weldy of Young, Bill, Roumbos & Boles, P.A., Miami, for petitioner.

Andrew A. Harris of Burlington & Rockenbach, P.A., West Palm Beach, and Todd S. Stewart of The Law Offices of Todd S. Stewart, P.A., Jupiter, for respondents.

*ON RESPONDENTS' MOTION
FOR APPELLATE ATTORNEY'S FEES*

PER CURIAM.

Geico General Insurance Company filed a petition for writ of certiorari challenging an order requiring it to produce documents. Without ordering a response under Florida Rule of Appellate Procedure 9.100(h), this court denied the petition on August 18, 2015. Geico moved for rehearing and, on September 28, 2015, the respondents filed a response to that motion and also moved for attorney's fees.

Rule 9.400(b)(2) provides that "in original proceedings" a motion for attorney's fees "shall be served not later than . . . the time for service of the petitioner's reply to the response to the petition." Here, the court denied the petition without requiring a response to the petition or, obviously, a reply to a response. Having been first filed after the petition

had been denied, the motion for appellate attorney's fees is denied as untimely.

CIKLIN, C.J., GROSS and LEVINE, JJ., concur.

*      *      *